THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Boards of Trustees of the Ohio Laborers Benefits**
Plaintiff

:
:        Case No. 2:22-cv-2660

       Judge Edmund A. Sargus

vs        :        Magistrate Judge Elizabeth Preston Deavers

**Salini Impregilo Healy JV**

Defendant

ENTRY OF DEFAULT

It appears that Defendant Salini Impregilo Healy JV is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against the Defendant on this 3rd day of August 2022.

       Richard W. Nagel, Clerk
       United States District Court
       Southern District of Ohio

       By: /s/Donald A. Fitzgerald III
           Donald A. Fitzgerald III, Deputy Clerk