# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | * Case No. 2:22-cv-2660 |
| *Plaintiffs,* | * Sargus, J. |
| | * Deavers, M.J. |
| v. | * |
| | * |
| **SALINI IMPREGILO HEALY JV N/K/A S. A. HEALY COMPANY,** | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |
| *Defendants.* | * |
| | * |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant. Each party will bear its own costs.

Respectfully submitted,

MANGANO LAW OFFICES CO., LPA

s/Ryan K. Hymore
Ryan K. Hymore (0080750)
4030 Smith Road, Suite 200
Cincinnati, Ohio 45209
T: (513) 255-5888
F: (216) 397-5845
rkhymore@bmanganolaw.com

*Counsel for Plaintiffs*

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing notice was filed electronically this 5th day of August 2022. Service shall be made via the Court's electronic filing system to all parties registered.

s/Ryan K. Hymore